

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2018

No. 04-18-00118-CV

Jesus **VIRLAR**, M.D. and GMG Health Systems Associates, P.A.,
a/k/a and d/b/a Gonzaba Medical Group,
Appellants

v.

Jo Ann **PUENTE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04936
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On August 6, 2018, appellants filed a motion for extension of time in which to file appellants brief, noting the reporter's record is incomplete. On August 1, 2018, appellants also filed a motion for extension of time, requesting the appellate deadline for the filing of appellant's brief be reset because the reporter's record is incomplete. On August 8, 2018, we issued an order granting appellant's motion dated August 1, 2018. Accordingly, the instant motion is DENIED AS MOOT.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court